UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRETT DAVID SONIA,<br><br>                Petitioner,<br><br>    v.<br><br>WARDEN NEW HAMPSHIRE STATE PRISON,<br><br>                Respondent. | CASE NO. C18-5706 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 19. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Petitioner's application to proceed *in forma pauperis*, Dkt. 1, is **DENIED**;

(3)     The petition for writ of *habeas corpus*, Dkt. 1-1, is **DISMISSED** with leave to amend upon payment of the $5.00 Court filing fee; and

(4)     Petitioner shall pay the $5.00 filing fee and file the amended petition within thirty (30) days of this Order.

ORDER - 1

1     (5)     The Clerk is directed to send copies of this Order to Plaintiff.

2     Dated this 19th day of November, 2018.

BENJAMIN H. SETTLE
United States District Judge